# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:15CR259 |
| vs. | ) | |
| | ) | ORDER |
| BRANDI L. VENTURA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the unoppsed motion to continue trial [34] as counsel needs additional time to investigate the issues, prepare for trial and explore plea negotiations.  The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for December 1, 2015 is continued to **February 2, 2016.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 2, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 16, 2015.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge